FILE:
RICHARD ... ACEL
CLERK OF COURT

2026 MAR 26  AM 9: 10

... STRICT COURT
... DIST. C 'O
EAST. DIV. COLUMBUS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:26 CR 56 |
| Plaintiff, | JUDGE Graham |
| v. | **BILL OF INFORMATION** |
| MARTIN MOIN, | |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### (Conspiracy to Violate the International Emergency Economic Powers Act)

From at least in or around 2015, through at least in or around early 2020, the exact dates being unknown, within the Southern District of Ohio, and elsewhere, the Defendant, **MARTIN MOIN**, and others known and unknown, knowingly and willfully did combine, conspire, confederate, and agree together and with each other to violate, and to cause a violation of, licenses, orders, regulations, and prohibitions issued under the International Emergency Economic Powers Act, Title 50, United States Code, Sections 1701 to 1710, and Part 560 of Title 31, Code of Federal Regulations.

**In violation of 50 U.S.C. § 1705 and 31 C.F.R. § 560.**

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Bill of Information, the Defendant, **MARTIN MOIN**, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

DOMINICK S. GERACE II
United States Attorney

s/Noah R. Litton
NOAH R. LITTON (OH 0090470)
Assistant United States Attorney